IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 20–09–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| TREY ANDREW CHANCE BERGMAN, | |
| Defendant. | |

The United States has filed an Unopposed Motion for Final Order of Forfeiture.  (Doc. 35.)  Having reviewed the motion, the Court finds:

1.      The United States commenced this action pursuant to 18 U.S.C. § 924(d).

2.      A Preliminary Order of Forfeiture was entered on July 1, 2020. (Doc. 32.)

3.      All known interested parties were provided an opportunity to respond and publication has been effected as required by 21 U.S.C. § 853(n)(1).  (Doc. 34.)

4.      It appears there is cause to issue a forfeiture order under 18 U.S.C. § 924(d).

It is ORDERED that:

1.      The Motion (Doc. 35) is GRANTED.

2.      Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 18 U.S.C. § 924(d), free from the claims of any other party, the following property:

- Colt Trooper MKIII, Revolver, Cal. 357, Serial #L44441;
- Smith & Wesson 38, Revolver, Rock Island Armory, Serial #726288, Caliber .38;
- 6 rounds of assorted ammunition Cal. 38; and
- 6 rounds of assorted ammunition Cal. 38.

3.      The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 10th day of August, 2020.

_____
Dana L. Christensen, District Judge
United States District Court